**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIRELVIS DEL VALLE BRICENO DURAN, | ) ) ) | Case No. 3:25-cv-00583 |
| *Petitioner*, | ) ) ) | District Judge Stephanie L. Haines<br>Magistrate Judge Kezia O. L. Taylor |
| v. | ) ) | |
| KURT WOLFORD, et al. | ) ) | |
| *Respondents*. | ) | |

## ORDER

AND NOW this 13th day of March, 2026, and for the reasons set forth by Petitioner in her Motion to Enforce, the Court finds that Petitioner was not provided with a fundamentally fair bond hearing in compliance with due process. Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's Motion to Enforce, ECF No. 9, is GRANTED to the extent that the Government is to provide Petitioner with another individualized bond hearing before an immigration judge no later than March 23, 2026

2. Counsel for Petitioner is directed to comply with whatever Executive Office for Immigration Review or Immigration Court procedures are deemed necessary to be apprised of the date and time of Petitioner's bond hearing.

3. If Petitioner is not provided with a bond hearing by March 23, 2026, or if the immigration judge declines to conduct a bond hearing based on *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025), or *Matter of Q. Li*, 29 I&N Dec. 66 (BIA 2025), Respondents shall immediately release Petitioner from custody.

4. If Petitioner is granted bond and the Government appeals the Immigration Judge's decision on the basis that Petitioner's detention is mandatory under 8 U.S.C. § 1225(b)(2), then, upon notification to this Court, the writ shall issue and Petitioner shall be automatically released from custody.

5. The parties shall provide notice to the Court of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

Stephanie L. Haines
United States District Judge

Cc:    Counsel of record
       (Via CM/ECF electronic mail)

2